**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| Debra Lynn Randell, | ) | CV 07-2760-LEW-GGH |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING** |
| | ) | **TEMPORARY RESTRAINING** |
| v. | ) | **ORDER** |
| | ) | |
| California State Compensation, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Currently before this Court is Plaintiff's Application for Temporary Restraining Order.  Having considered all papers and arguments, **THE COURT NOW FINDS AND RULES AS FOLLOWS:**

  The Court **DENIES** Plaintiff's Application for Temporary Restraining Order because Plaintiff has not

1

shown that she will suffer imminent irreparable harm, and also because there is no just cause for failing to notify Defendants.

**IT IS SO ORDERED.**

*Ronald S.W. Lew*

_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

DATED: January 2, 2008

2