IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA LYNN RANDELL,
dba CUSTOM PERSONNEL,

       Plaintiff,                       No. CIV S-07-2760 JAM GGH PS

   vs.

CALIFORNIA STATE COMPENSATION         ORDER
INSURANCE FUND, JAMES C. TUDOR,
President,

       Defendant.

_____/

       Presently pending on this court's law and motion calendar for June 12, 2008, are the motions of defendant State Compensation Insurance Fund to (1) set aside the default entered by the Clerk of Court on April 15, 2008, and (2) dismiss plaintiff's complaint. The court has reviewed the parties' papers and determined that oral argument would not be of material assistance. Accordingly, the hearing on these matters is vacated and defendants' motions are submitted for decision on the papers.

       So ordered.

DATED: 06/09/08                                /s/ Gregory G. Hollows
                                                                         _____
                                                                         GREGORY G. HOLLOWS
                                                                         U. S. MAGISTRATE JUDGE

GGH5:Randell2760.sub