IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA LYNN RANDELL,
dba CUSTOM PERSONNEL,

        Plaintiff,                    CIV-S-07-2760 JAM GGH PS

  vs.

CA. STATE COMPENSATION
INSURANCE FUND, JAMES C. TUDOR,
President,

        Defendant.                 ORDER

_____/

        On July 29, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed July 29, 2008, are ADOPTED;

2. Defendant's motion to set aside entry of default (#11) is granted;

3. Plaintiff's motions for default judgment (#10 & #21) are denied;

4. Defendant's motion to dismiss the complaint (#18) is granted;

5. Defendant James Tudor is dismissed from this action;

6. This action is dismissed pursuant to Fed. R. Civ. P. 12(b)(1), without leave to amend; and

7. Judgment is entered for defendants State Compensation Insurance Fund and James Tudor.

DATED:   11/12/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

randell2760.jo